1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  916-554-2763



5

6

7

8                   IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )    CR. NO. S-03-082-EJG
                                        )
12           Plaintiff,                 )
                                        )    MOTION AND ORDER
13      v.                              )    DISMISSING INDICTMENT
                                        )
14  JOSE JESUS PIMENTEL-GALLEGOS,       )
                                        )
15           Defendant.                 )
                                        )
16

17       Pursuant to Federal Rule of Criminal Procedure 48, the

18  United States of America, by and through its undersigned

19  attorney, Mary L. Grad, Assistant United States Attorney,

20  respectfully requests that this Court dismiss with prejudice the

21  Indictment in the captioned matters, against defendant JOSE JESUS

22  PIMENTEL-GALLEGOS.

23

24  DATED: September 27, 2007          McGREGOR W. SCOTT
                                       United States Attorney
25

26
                                       By /s/ Mary L. Grad
27                                     MARY L. GRAD
                                       Assistant U.S. Attorney
28

                                   1

1                                O R D E R

2

3          It is ordered that the above-captioned case be and is hereby

4    dismissed with prejudice against JOSE JESUS PIMENTEL-GALLEGOS

5

6    DATED:    9/28/07

7                                        EDWARD J. GARCIA
                                         Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         2